IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10019
Summary Calendar
_____

JOHN JOSEPH ARCHULETA,

Plaintiff-Appellant,

versus

WAYNE SCOTT, Director,
Texas Department of Criminal Justice,
Institutional Division, ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:96-CV-12-C
- - - - - - - - - -
February 19, 1998

Before KING, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

     Texas prisoner John Joseph Archuleta, No. 689511, appeals the dismissal of his claims against defendant "Dr. Adam" pursuant to 42 U.S.C. § 1997e and the entry of summary judgment in favor of the other defendants to the suit.  Having reviewed the record and the briefs of the parties, we AFFIRM.  Archuleta's motion for injunctive relief is DENIED.

     AFFIRMED; MOTION DENIED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.